UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE PRIVATEBANK,

    Plaintiff,

v.

                                  Case No. 11-14183

FIDELITY NATIONAL TITLE INSURANCE
COMPANY,

    Defendant.
                                    /

**ORDER SETTING TELEPHONE CONFERENCE**

      On October 26, 2011, the court conducted a scheduling conference with counsel for Plaintiff and Defendant and issued a scheduling order.  During the conference, counsel for both parties agreed the interest of efficiency would be best served by submitting this matter to the court "on the papers" pursuant to Federal Rule of Civil Procedure 50(a)(2).  Such a resolution requires the parties to consent to a withdrawal of the jury demand and stipulate to submitting the matter to the court "on the papers."  The court will therefore conduct a telephonic status conference near the close of discovery to determine the next stage of proceedings.  Accordingly,

      IT IS ORDERED that the parties shall participate in a telephone conference on **March 1, 2012 at 10:00 a.m.**

                                        s/Robert H. Cleland
                                        ROBERT H. CLELAND
                                        UNITED STATES DISTRICT JUDGE

Dated:  November 8, 2011

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, November 8, 2011, by electronic and/or ordinary mail.

                                       s/Lisa G. Wagner
                                       Case Manager and Deputy Clerk
                                       (313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\11-14183.PRIVATEBANK.SetTeleConf.jrc.wpd