UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE PRIVATEBANK,

    Plaintiff,

v.                                      Case No. 11-14183

FIDELITY NATIONAL TITLE INSURANCE
COMPANY,

    Defendant.
                                        /

**ORDER EXTENDING DISCOVERY AND DISPOSITIVE MOTION DEADLINES**

On January 13, 2012, the conducted a telephonic conference with counsel for Plaintiff and Defendant, during which the court and counsel agreed to extend the discovery and dispositive motion deadlines in this case.  Accordingly,

IT IS ORDERED that court-supervised discovery shall be completed by **April 2, 2012**, and all dispositive motions shall be filed on or before **April 19, 2012**.

                                      s/Robert H. Cleland
                                      ROBERT H. CLELAND
                                      UNITED STATES DISTRICT JUDGE

Dated:  January 18, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, January 18, 2012, by electronic and/or ordinary mail.

                                      s/Lisa Wagner
                                      Case Manager and Deputy Clerk
                                      (313) 234-5522

S:\Cleland\JUDGE'S DESK\C1 ORDERS\11-14183.PRIVATEBANK.Extend.Discovery.jrc.wpd