**UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION**

THE PRIVATEBANK,

        Plaintiff,

v.                                       Case No. 11-14183

FIDELITY NATIONAL TITLE INSURANCE
COMPANY,

        Defendant.

_____/

**ORDER EXTENDING DISCOVERY AND DISPOSITIVE MOTION DEADLINES**

On January 13, 2012, the conducted a telephonic conference with counsel for

Plaintiff and Defendant, during which the court and counsel agreed to extend the

discovery and dispositive motion deadlines in this case.  Accordingly,

IT IS ORDERED that court-supervised discovery shall be completed by **April 2,**

**2012**, and all dispositive motions shall be filed on or before **April 19, 2012**.

                               s/Robert H. Cleland_____
                              ROBERT H. CLELAND
                              UNITED STATES DISTRICT JUDGE

Dated:  January 18, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record
on this date, January 18, 2012, by electronic and/or ordinary mail.

                               s/Lisa Wagner_____
                              Case Manager and Deputy Clerk
                              (313) 234-5522