UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF MICHIGAN
SOUTHERN DIVISION

THE PRIVATEBANK,

        Plaintiff,        CIVIL ACTION NO: 11-CV-14183-DT

v.

FIDELITY NATIONAL TITLE INSURANCE
COMPANY,

        Defendants.
_____ /

### ORDER OF DISMISSAL

      The Court having been advised by counsel that the above-entitled action has been settled, therefore; based upon the representation of plaintiff's counsel;

**IT IS ORDERED** that the above-entitled action be, and the same hereby is,

**DISMISSED** without costs and without prejudice to the right of either party to move within sixty (60) days to vacate this Order if settlement is not consummated. After 60 days from this date, this dismissal is with prejudice.

     s/Robert H. Cleland
     ROBERT H. CLELAND
     UNITED STATES DISTRICT JUDGE

Dated: September 29, 2012

I hereby certify that a copy of the foregoing document was mailed to counsel of record on this date, September 29, 2012, by electronic and/or ordinary mail.

     s/Lisa Wagner
     Case Manager and Deputy Clerk
     (313) 234-5522